MARY A. McCORMICK, as Administratrix of the Estate of FRANK H. McCORMICK, Deceased, Respondent, *v.* ROCHESTER RAILWAY COMPANY, Appellant.

*McCormick* v. *Rochester Railway Co.*, 133 App. Div. 760, affirmed.
(Argued February 14, 1910; decided March 1, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 10, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have been occasioned by defendant's negligence.

*W. A. Matson* for appellant.

*Eugene J. Dwyer* and *Charles E. Callahan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.